O’SCANNLAIN, Circuit Judge,
dissenting in part:
An alien is prima facie qualified for an adjustment of status if he is eligible to receive an immigrant visa and is admissible to the United States for permanent residence — and—such visa is immediately available at the time of the filing of the application. 8 U.S.C. § 1255(i)(2). While an alien is not “required” to show prima facie eligibility to merit a continuance, see Ahmed v. Holder, 569 F.3d 1009, 1015 (9th Cir.2009), an Immigration Judge may consider lack of immediate visa availability when exercising his discretion to determine whether a continuance is appropriate in that particular case. See In re Hashmi, 24 I. & N. Dec. 785, 790 (BIA 2009); see also In re Rajah, 25 I. & N. Dec. 127, 136 (BIA 2009) (“A respondent who has a pri-ma facie approvable 1-140 and adjustment application may not be able to show good cause for a continuance because visa availability is too remote.”). Thus, I would deny the petition in full.